**Donald Ray BROWN, Plaintiff–
Appellant,**

v.

**MARYLAND PAROLE COMMISSION,
Defendant–Appellee.**

**No. 13–6357.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Sept. 30, 2013.

Donald Ray Brown, Appellant Pro Se.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ray Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Maryland Parole Comm'n,* No. 1:13–cv–00481–CCB (D.Md. Feb. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*